UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

ANGELA E WALTERS

Debtor(s)

Case No. **12-16413-LSS**
Chapter 13

## NOTICE OF FINAL CURE PAYMENT AND OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN by NANCY L. SPENCER GRIGSBY, Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), that the Trustee has made the final payment to cure the default on the claim secured by the principal residence of the Debtor(s), as evidenced by the proof of claim allowed in this case and funded by the confirmed plan. The Trustee payments were made under the claim filed by (or assigned to):

>Court Claim No. 4
>Fay Servicing, LLC
>440 S LaSalle Street, Ste 2000
>Chicago, IL 60605
>Redacted Account No. 2584

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts or of post-petition amounts not provided for and funded in the plan in this case.

### THE PARTIES ARE HEREBY NOTIFIED:

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g) indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice, the Court may enter an order declaring that the Debtor(s) has/have cured the default and that no amounts are unpaid as of the date of this Notice.**

Dated: April 21, 2017  Respectfully submitted,

/s/ NANCY L. SPENCER GRIGSBY /MAC/
NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
Fax: (301) 805-9577
ngrigsby@ch13md.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Final Cure Payment will be served electronically by the Court's CM/ECF system on the following:

James C. Martin   jcm@bankruptcylawman.com, nel@bankruptcylawman.com, bps@bankruptcylawman.com, info@bankruptcylawman.com
*Counsel for Debtor(s)*

Kevin R. Feig   kevin.feig@bww-law.com, bankruptcy@bww-law.com
*Counsel for EverBank*

Scott Elliot Nadel   scottnadel@lojnlaw.com, jeff@lojnlaw.com
*Counsel for EverBank*

I hereby further certify that on the 21st day of April, 2017, a copy of the Notice of Final Cure Payment was also mailed first class mail, postage prepaid to:

Angela E. Walters
17411 Cobb Court
Hagerstown, MD 21740
*Debtor(s)*

EverBank
EverHome Mortgage
Attn: Kevin Feig
8100 Nations Way
Jacksonville, FL 32256
*Claimant*

Fay Servicing, LLC
Attn: Can Guner
440 S LaSalle Street, Ste 2000
Chicago, IL 60605
*Transferee*

U.S. Bank, National Association
Fay Servicing, LLC
Attn: Dean Prober
939 W North Ave, Suite 680
Chicago, IL 60642
*Transferee*

CSC- Lawyers Incorporating Service Company
7 St. Paul St, Suite 820
Baltimore, MD 21202
*Resident Agent for EverBank*

Registered Agent Solutions, Inc.
836 Park Ave, Unit B, 2nd Floor
Baltimore, MD 21201
*Resident Agent for Fay Servicing, LLC*

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201
*Resident Agent for U.S. Bank, National Association*

*Via certified mail*
Mr. Richard K. Davis, CEO
US Bank, NA
800 Nicollet Mall
BC-MN-H210
Minneapolis, MN 55402
*Officer of U.S. Bank, National Association*

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY

**Case Overview**
Case No. 12-16413-LSS
PENDING

Case 12-16413   Doc 85   Filed 04/21/17   Page 4 of 4

ANGELA E. WALTERS

Monday, April 17, 2017
9:47 am
User: hgreenberg

DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| EVERHOME MORTGAGE COMPANY | | | Claim Number 1 | | | |
| Sep 27, 2012 | CR | AMOUNT DISBURSED TO CREDITOR | | 858430 | 0918638 | 810.00 |
| Oct 27, 2012 | CR | AMOUNT DISBURSED TO CREDITOR | | 858430 | 0920865 | 810.00 |
| Nov 30, 2012 | CR | AMOUNT DISBURSED TO CREDITOR | | 858430 | 0923027 | 810.00 |
| Dec 31, 2012 | CR | AMOUNT DISBURSED TO CREDITOR | | 858430 | 0925359 | 421.32 |
| TOTAL FOR EVERHOME MORTGAGE COMPANY | | | | | | 2,851.32 |
| | | | | DISBURSEMENT TOTAL | | 2,851.32 |